UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DERRELL MUSANTHA SMITH, | Case No. 25-cv-03247-NW |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| EDWARD BORLA, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled related case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to *McKenzie v. Borla*, Case No. 25-cv-02820-TLT.

**IT IS SO ORDERED.**

Dated: August 21, 2025

Noël Wise
United States District Judge